AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

1104837

United States of America
v.
JOHN JUSTIN MOORE
IAN ANDREW MCCOY

*Defendant*

Case: 1:22-mj-00084
Assigned To : Harvey, G. Michael
Assign. Date : 4/20/2022
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **JOHN JUSTIN MOORE**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 841(a)(1), 841(b)(1)(A)(viii) - Possession with the Intent to Distribute More Than 50 grams of Methamphetamine.

Date: _____

Digitally signed by G. Michael Harvey
Date: 2022.04.20 14:23:13 -04'00'

*Issuing officer's signature*

City and state: Washington, DC

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4-21-2022, and the person was arrested on *(date)* 4-21-2022
at *(city and state)* Washington D.C.

Date: 4-21-2022

Michael Dito
*Arresting officer's signature*

Michael Dito, DUSM
*Printed name and title*